# JS-6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY BUENDIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHAD NUTSCH, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01442-JLS-DFM<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) (Doc. 65)** |

Plaintiff JEREMY BUENDIA ("Plaintiff") having requested that the Court dismiss the entire action against Defendant CHAD NUTSCH ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(2) and it appearing from the record that voluntary dismissal will not unfairly affect Defendant and/or cause Defendant to suffer legal prejudice, the request for voluntary dismissal is: GRANTED, and the Complaint against Defendant is DISMISSED WITHOUT PREJUDICE.[1]

DATED: March 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] The Final Pretrial Conference set for March 11, 2022, at 10:30 a.m. is VACATED.